Craig Latwain CHESTNUT,
Plaintiff–Appellant,

v.

Angelina L. BROWN, DHO; Donovan Green; James Tollison, Defendants–Appellees,

and

South Carolina Department of Correction Institution Turbeville Correction Institution, Defendant.

No. 11–6676.

United States Court of Appeals, Fourth Circuit.

Submitted: Aug. 25, 2011.

Decided: Aug. 30, 2011.

Craig Latwain Chestnut, Appellant Pro Se. Lisa Arlene Thomas, Thompson & Henry, PA, Conway, South Carolina, for Appellees.

Before MOTZ, DUNCAN, and KEENAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Craig Latwain Chestnut appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and conclude there is no reversible error. Accordingly, we af-

firm for the reasons stated by the district court. *Chestnut v. Brown,* No. 3:10-cv-01784-RMG, 2011 WL 1543301 (D.S.C. Apr. 21, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*